WO

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 15 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-08-00339-01-PCT-LOA |
| Plaintiff, | |
| vs. | |
| Patrick Drew Anderson, | **ORDER** |
| Defendant. | |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on July 9, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or a combination of conditions of release if he were released.

1  **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2  the court.

3  DATED this 14th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge